1
2
3
4                                                          JS-6
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11  Pacific Shores Hospital,    )   Case No. **CV 10-9188-JFW (SSx)**
                                )
12            Plaintiff,        )   **ORDER DISMISSING CIVIL ACTION**
                                )
13       v.                     )
                                )
14  Anthem Blue Cross Blue      )
    Shield,                     )
15                              )
              Defendants.       )
16  _____
17
18
        THE COURT has been advised by counsel that this action
19
    has been settled, or is in the process of being settled.
20
        IT IS THEREFORE ORDERED that this action is hereby
21
    dismissed without prejudice to the right, upon good cause
22
    shown by March 18, 2011, to re-open the action if settlement
23
    is not consummated.  During this 30 day period, this Court
24
    retains full jurisdiction over this action and this Order
25
    shall not prejudice any party to this action.
26
    / / /
27
    / / /
28

(Rev. 2/15/08)

1    In the event a motion or *ex parte* application to re-open
2 is not filed by March 18, 2011, the dismissal of this action
3 will be with prejudice.

Dated: February 16, 2011

_____
JOHN F. WALTER
United States District Judge

(Rev. 2/15/08)                                2